UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20804-CR-FAM

FILED BY ‎✓‎ D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

IN RE SEALED INDICTMENT
_____/

## UNSEALING ORDER

**THIS CAUSE** came before this Court on the Government's Motion to Unseal the Indictment, in this matter. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion is hereby **GRANTED**, and the Clerk of the Court shall unseal the Indictment, in this matter.

**DONE AND ORDERED** at West Palm Beach, Florida, this 9th day of December, 2019.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA J. MACKENZIE DUANE