UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20804-SINHGAL

UNITED STATES OF AMERICA

v.

HANAH CHAN,

    **Defendant.**
_____/

## GOVERNMENT'S SECOND RESPONSE TO
## THE STANDING DISCOVERY ORDER

    The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    The attachments to this response are numbered pages DISCOVERY022389-DISCOVERY028974, which are contained on a USB drive. A discovery key will be provided to defense counsel via email in connection with this disclosure.

Please contact the undersigned Assistant United States Attorney if any pages are missing, any documents cannot be accessed, or any recordings cannot be played.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ J. Mackenzie Duane
     J. MACKENZIE DUANE
     Assistant United States Attorney
     Court No. A5502175
     99 N.E. 4th Street
     Miami, Florida 33132-2111
     Telephone: 305-961-9341
     Email: mackenzie.duane@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing discovery production was sent via FedEx to defense counsel of record on this day on a USB drive.

/s/ J. Mackenzie Duane
J. Mackenzie Duane
Assistant United States Attorney