**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Broward Division

Case No. 19-CR-20804-AHS

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.

HANAH CHAN.
    *Defendants*.

_____/

**ORDER ON UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

THIS CAUSE having come before this Court upon an Unopposed Motion for Permission to Travel, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. Ms. Chan may travel to her family home (address to be provided to U.S. Probation) on February 11th (from 4 pm to 10:30 pm) and February 12th, 2021 (from 10:30 am and 10:30 pm) while she is on Home Detention with a GPS monitor.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Broward County, Florida this _____ day of _____ 2021.

_____
JUDGE RAAG SINGHAL
United States District Judge

cc:    All counsel of record