UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20804-CR-SINGHAL

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

HANAH CHAN,

   Defendant.
_____/

## AGREED ORDER TO MODIFY TERMS OF RELEASE

**THIS CAUSE** having come before this Court and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant Hanah Chan may access the internet through the use of an HP Laptop, Serial Number 5CD050F2PS. The laptop will be equipped with a monitoring program as instructed by the U.S. Probation/PreTrial Services Office, the cost to be paid for by Ms. Chan. Ms. Chan shall not access the internet through the use of any other devices, apart from the device referenced in this order. However, Ms. Chan may not use the aforementioned laptop to use, create or maintain any social media accounts or websites. Furthermore, the aforementioned laptop is subject to random, warrantless searches by U.S. Probation Office and the Federal Bureau of Investigation (FBI).

All other terms and conditions of the Defendant's release shall remain in full force and effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 23 day of February 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record