UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20804-AHS(s)

UNITED STATES OF AMERICA

vs.

HANAH CHAN and
ASHLEIGH HOLLOWAY,

         **Defendants.**
_____/

## UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO CONTINUE THE DEFENDANTS' SENTENCING HEARINGS

The United States of America, through its undersigned Assistant United States Attorney, hereby files this motion to continue the defendants' sentencing hearings, and states the following in support thereof:

1. The defendants previously pled guilty to conspiracy to structure transactions to avoid reporting requirements, in violation of Title 18, United States Code, Section 371; and structuring a transaction to avoid reporting requirements, in violation of Title 31, United States Code, Section 5324(a)(3) and (d)(2) and Title 18, United States Code, Section 2.

2. The defendants are currently set for sentencing on April 14, 2022.

3. The United States requests that the Court continue the defendants' sentencing hearings to at least one week after co-defendant William Foster's sentencing, which is currently set on August 18, 2022. The government expects that Foster's sentencing will be contested and the government may need to call Chan and Holloway as witnesses. After Foster's sentencing, the government will need at least one week to seek approval for its sentencing recommendation for Chan and Holloway, based on their cooperation in this case.

4.  Defense counsel for Hanah Chan, Tara Kawass, and defense counsel for Ashleigh Holloway, Paul Petruzzi, have no objection to the requested continuance.

WHEREFORE, the United States of America respectfully requests that the Court grant the government's request.

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney
Florida Bar No. 0052716
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9317
Email: jessica.obenauf@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on April 8, 2022.

/s/ *Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney
