UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20804-CR-SINGHAL

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HANAH CHAN,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR CASH IN LIEU OF REAL PROPERTY AS SUBSTITUTE *RES* SUBJECT TO FORFEITURE

**THIS CAUSE** is before the Court on the United States' *Motion For Cash in Lieu of Real Property As Substitute Res Subject to Forfeiture*, relating to cash proceeds (the "Proceeds") from the sale of real property located at 4630 Sherwood Forest Drive, Delray Beach, Florida (the "Property") [DE 201]. The Court has considered the motion and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that Government's Unopposed Motion for Cash in Lieu of Real Property as Substitute RES Subject to Forfeiture is hereby **GRANTED**.

1. The Proceeds shall serve as substitute *res* for the Property in this matter for the purposes of forfeiture.

2. The Court will retain jurisdiction over this matter to enter such further orders as may be necessary for the disposal of property subject to forfeiture.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 3rd day of August 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record

1