UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20804-AHS

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

HANAH CHAN,
    *Defendant.*
_____/

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

COMES NOW, the Defendant, Hanah Chan, by and through undersigned counsel and files this Notice of Counsel's Change of Address and requests the Court, opposing parties, and the Clerk of Courts, forward all future communications to:

**780 Tamiami Canal Road,
Miami, Florida, 33144**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was electronically filed with the Clerk of the Court through the CM/ECF system, resulting in notice to opposing counsel of the filing, on this 3rd day of August, 2022.

Respectfully submitted,

By: /s/ Tara N. Kawass
Tara N. Kawass
Florida Bar #: 54494
Law Offices of Kawass, P.A.
780 Tamiami Canal Road,
Miami, FL 33128
Phone: (305) 521-0490
Email: Tara@KawassLaw.com